United States District Court
District of Connecticut
FILED AT BRIDGEPORT

January 27 ,20 25

By _____ *Abby Bocisk* _____
Deputy Clerk

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE ARREST OF
JAMES SCHWAB

Case No. 3:25mj69(SDV)

**Filed Under Seal**

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Matthew Loucks, a Special Agent of the Federal Bureau of Investigation ("FBI"), New Haven Division, having been duly sworn, state as follows:

## I. INTRODUCTION

1.     I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18 of the United Sates Code. I have been employed as a Special Agent with the FBI since March 2020. I am a graduate of the FBI Training Academy in Quantico, Virginia, where I received training in diverse criminal matters, interviewing, interrogation, evidence collection, intelligence analysis, and legal matters, among other topics.  Prior to my employment as a Special Agent for the FBI, I spent five years employed as an Intelligence Analyst for the FBI, and four years employed as a Contractor Analyst for the Department of Treasury, Financial Crimes Enforcement Network ("FinCEN").

2.     I am currently assigned to the FBI New Haven Violent Crimes squad which is comprised of special agents from the FBI, with troopers from the Connecticut State Police, and with detectives and officers of various area police departments. In my current role, my particular emphasis is the investigation of matters including, but not limited to, robberies (including bank robberies and Hobbs Act robberies), carjackings, firearm violations, mass killings, fugitives,

1

kidnappings, assaults on federal officers, and murders-for-hire. Prior to my current role on the Violent Crimes Squad, I was assigned to the FBI Bridgeport Safe Streets Task Force ("BSSTF"). The BSSTF is comprised of special agents from the FBI and the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), with troopers from the Connecticut State Police, and with detectives and officers of various area police departments, including the Bridgeport Police Department ("BPD"), Norwalk Police Department, and Trumbull Police Department. The focus of the investigative efforts of the BSSTF is crime related to violence, guns, and drugs, often perpetrated by organized groups or gangs.

3.    During the course of my career as a FBI Special Agent, FBI Intelligence Analyst, and FinCEN Intelligence Analyst, I have participated in investigations of diverse crimes, including investigations into suspected homicides, kidnappings, narcotics trafficking, violent criminal activity, racketeering, and money laundering. My participation in these investigations has included assisting in the controlled purchase of narcotics utilizing confidential sources; writing and executing search and arrest warrants; providing testimony in federal grand jury and state court proceedings; analyzing records related to narcotics trafficking, violent criminal activity, and money laundering or other violations of the Bank Secrecy Act; reviewing and analyzing cellular records and cell site location information; and reviewing and analyzing social media records and information. I have participated in investigations into national and transnational organized criminal enterprises, including violent street gangs and large-scale narcotics trafficking organizations. I have attended gang and narcotics trainings sponsored by federal law enforcement. Finally, I have participated in investigations involving the use of court-authorized interception of wire and electronic communications.

4.      I am the case agent that has directed the investigation that is the subject of this Affidavit, in conjunction with members of the Danbury Police Department ("DPD") in Danbury, CT. As a result of my participation in this investigation and information received from other law enforcement officers, I am familiar with the circumstances of the investigation and the information set forth in this affidavit. This affidavit is intended to show that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all my knowledge about or investigation into this matter. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses.

5.      Further, I am an investigative or law enforcement officer within the meaning of Title 18 of the United States Code in that I am empowered by law to conduct investigations of and to make arrests for the offenses enumerated herein.

## II. PURPOSE OF AFFIDAVIT

6.      I make this affidavit in support of a criminal complaint and the issuance of an arrest warrant, pursuant to Federal Rules of Criminal Procedure 3, 4 and 4.1, charging **James SCHWAB** with violations of Title 18, United States Code, Section 371 (Conspiracy), Title 18, United States Code, Section 2119 (Carjacking), Title 18, United States Code, Section 1201 (Kidnapping), and Title 18, United States Code, Section 2 (Aiding and Abetting) (collectively the "Subject Offenses").

7.      James SCHWAB, date of birth XX/XX/2002, has a listed address of 3787 Avera Lane, Peachtree Corner, Georgia (GA), but is believed to live in the Los Angeles, California area and to travel extensively. SCHWAB has a criminal history that includes an arrest by the Barrow County Sheriff's Office (Georgia) on June 17, 2023, for: (1) Possession of Less than One Ounce

of Marijuana, and (2) Disorderly Conduct. On September 15, 2023, SCHWAB was convicted of Disorderly Conduct and fined $500 dollars.

8.      Travel records obtained during the investigation revealed that, on January 9, 2025, SCHWAB traveled on EVA Air (a Taiwanese airline) from Los Angeles International Airport ("LAX") to Taiwan Taoyuan International Airport ("TPE") and then onto Denpasar International Airport ("DPS") in Bali, Indonesia. SCHWAB and a travel companion are scheduled to return to LAX, after a stop in TPE, on January 27, 2025 at 6:50 AM.

9.      According to certain sources described in this affidavit, SCHWAB has engaged in various fraud schemes/scams to make money, including check fraud, SIM swapping, and social engineering scams. Further, sources have informed investigators that SCHWAB has never had a legitimate job but instead relies on criminal activity for income.

10.      As a result of my personal participation in this investigation, including the analysis of reports provided to me by other law enforcement officers; analysis of telephone toll information; debriefings of cooperating witnesses and sources of information; reviews of cellphone extractions; and, the reviews of other reports and documents, I am familiar with the facts and circumstances of the Subject Offenses. Unless otherwise indicated, all conversations and statements described in this affidavit are related in substance and part and, where applicable, are based on draft transcripts. All dates and times are on or about those indicated.

### III. SUMMARY OF PROBABLE CAUSE

11.      A violent carjacking and attempted kidnapping took place in Danbury, Connecticut on August 25, 2024. The victims are the parents of an individual referred to herein as "V.C.," who had participated in the theft of hundreds of millions of dollars in cryptocurrency. The persons involved in the hands-on aspects of the attempted kidnapping were caught by police

at or near the scene or at a Roxbury, Connecticut residence rented through Airbnb. Through the subsequent investigation, agents and officers developed several sources who identified JAMES SCHWAB as someone involved in the planning and facilitating of the attempted kidnapping of V.C.'s parents as a way to extort money from V.C., who, sources said, had had an altercation with SCHWAB in a Miami nightclub the month before. Sources told investigators that SCHWAB was in regular communication with certain of the kidnappers and other conspirators during the leadup to the crime, that he helped fund the venture, and was involved in logistics like transportation and lodging.

12.     This source information was corroborated by other evidence obtained by investigators. For example, the credit card used to pay for the Roxbury Airbnb where the kidnappers stayed was linked to SCHWAB, as was the account profile used to book the Airbnb. Phone records show that two phones used by SCHWAB – with numbers 424-285-3489 and 404-503-1885 – were in contact over FaceTime, by text, and in phone calls with phones used by certain of the kidnappers in the days around the kidnapping. In text messages from a few days before the crime, SCHWAB texted about seeking cars in Connecticut and an existing Turo account he could use. Turo is a rental company that allows car owners to rent their vehicles to others. Ultimately, the van used in the kidnapping was rented through Turo in the name of Angel BORRERO, the kidnapper in whose name the flights were booked for himself and the five others who traveled from Miami to Connecticut for the carjacking/kidnapping scheme.  After his arrest, BORRERO complained to others in recorded prison calls that "James" "owed" him and was supposed to pay his bond but instead was "blockin' everyone and running . . ."

## IV. STATEMENT OF PROBABLE CAUSE

A.  ***Background of the Danbury, Connecticut Kidnapping***

13.     On August 25, 2024, DPD Officers were dispatched to Clapboard Ridge Road and Dogwood Lane, in Danbury, CT, based on a report of an abduction. DPD received 911 calls from multiple witnesses who observed several males assaulting another male and forcing the male victim into a white work van. DPD patrol units were advised of three suspect vehicles, including a white Honda Civic and a Ram ProMaster van (commonly referred to as a sprinter van).

14.     DPD Officers observed a white Ram ProMaster bearing CT Combination Registration C231907 on Clapboard Ridge Road, near the intersection of East Gate Road. A DPD officer activated his patrol vehicle emergency lights and sirens and attempted to stop the van, which accelerated at a high rate of speed, passing vehicles recklessly. The van eventually crashed and became disabled around 47 Cowperthwaite Street, Danbury, approximately 1.2 miles from where DPD officers attempted to initiate the stop.

15.     After the crash, four male suspects dressed in all black, later identified as ANGEL BORRERO, JOSUE ROMERO, ANTHONY PENA, and REYNALDO DIAZ, exited the Ram ProMaster van and fled the scene on foot. Moments later, DPD officers located the disabled van, which had struck a curb and had come to rest against a street sign.

16.     Patrol units established a perimeter around the surrounding area of Cowperthwaite Street, south of where the van became disabled, and the last known direction of travel provided for BORRERO, ROMERO, PENA, and DIAZ. Several witnesses saw these four suspects exit the van but could not provide descriptive information other than that the suspects were wearing dark clothing. Investigators believed, based on statements made by the victims, S.C. and R.C., the suspects were wearing face coverings when they fled the disabled van, preventing witnesses and the victims from making definitive identifications.

17.     A DPD officer entered the wooded area south of Cowperthwaite Street, between Starr Avenue and the I-84 highway. The officer quickly located a Coach brand wallet belonging to S.C., who I have learned is one of the victims in this case, near a small stream. The DPD Officer followed the small stream southbound and located DIAZ, who was shoeless, and hiding under the substructure of a bridge. After a brief foot pursuit, DPD officers took DIAZ into custody.

18.     As two DPD officers exited the woods with DIAZ, they observed BORRERO in a wooded area between Starr Avenue and I-84. BORRERO fled on foot across I-84, crossing six highway lanes and traveling toward Prince Street. Two more DPD officers entered a fenced-in area near the direction BORRERO fled and located BORRERO hiding in the tall grass. At that time, BORRERO was taken into custody.

19.     Shortly thereafter, a DPD officer on Kohanza Street, near the intersection of Prince Street, approximately .3 miles from where the van was disabled, was flagged down by a resident who stated an unknown male was hiding behind 16 Prince Street. The DPD officer entered the fenced-in area behind the house, and located PENA who was taken into custody.

20.     At approximately 6:59 PM, DPD Dispatch received call for a subject hiding behind 15 Prince Street, where two DPD officers subsequently located ROMERO hiding in a wooded area and took him into custody.

21.     At the time of their arrests, BORRERO, PENA, DIAZ, and ROMERO all wore dark clothing. BORRERO, PENA, DIAZ, and ROMERO were all apprehended within a quarter-mile radius from where the Ram ProMaster van was disabled, and all were located in a fenced-in or wooded area in an apparent attempt to evade police.

22.     When DPD officers arrived at the location of the disabled van, they found the victims, S.C. and R.C., bound with duct tape around their arms and legs in the back of the van. S.C. was also bound around his face and eyes with duct tape. He had significant injuries to his face and arm, including large hematomas above and under his eyes and swelling to his left arm.

23.     S.C. and R.C. advised DPD officers on scene that they had been forcibly removed from their vehicle, dragged into the van, and bound with duct tape. S.C. and R.C. were transported to Danbury Hospital for further evaluation.

24.     DPD detectives spoke with the victims in the hospital, who told them that earlier that evening, they were driving a 2024 Lamborghini Urus. S.C. was the driver and R.C. was the front seat passenger. As the victims turned onto Damia Drive in Danbury, CT, their vehicle was rear-ended by a white Honda Civic. At this point, according to S.C. and R.C., a white work van cut in front of their vehicle, and several individuals surrounded the victims' vehicle. S.C. estimated that approximately 6 or 7 men wearing all black, with black face masks, surrounded their car. The male suspects began to yell at S.C. and R.C., instructing them to exit the vehicle. The suspects then forcibly pulled S.C. and R.C. from their vehicle by their arms and dragged them towards the open side door of the white work van.

25.     S.C. said that he began to resist, attempting to break free from the suspects' grasp, at which time several of the suspects began to strike him in the face with punches and a baseball bat. The suspects repeatedly told S.C. and R.C. that they would "kill them." The victims were pushed into the back of the work van and held down. The suspects then bound both victims' arms and feet with silver duct tape, which they also used to cover S.C.'s face. The suspects forced R.C. to lie face down and ordered her not to look at them. R.C. complained to the suspects that she could not breathe and that she had asthma. S.C. stated that he continued to resist and was

8

struck approximately seven to eight times with a baseball bat and five to six times with punches. These strikes were to S.C.'s face and to his left arm as he attempted to protect his face with his left arm.

26.    S. C. and R.C. heard police sirens shortly after the van began to move. At this time, S.C. and R.C. told law enforcement that one of the suspects in the back of the van started to yell something like, "Call Rick… we are in deep shit," and instructed the driver to drive fast. I believe that the suspects were referring to Ricardo ESTRADA, who was later arrested at a residence on Painter Hill Road, Roxbury, CT, for his involvement in this incident. S.C. and R.C. felt the van crash and stated all the suspects exited the vehicle and fled on foot. S.C. and R.C. noted that several individuals, including the Danbury Police, ran to them and began to tend to them.

27.    Immediately after the suspects stole the Lamborghini and forced the victims into the white van, an FBI Supervisory Special Agent (SSA) happened to be in the Clapboard Ridge Road and King Street area, when he observed the Ram ProMaster van followed by a white Honda Civic. The FBI SSA stated that the behavior of the vehicles appeared suspicious, and he attempted to follow them. The FBI SSA was able to capture a partial of the license plate of the Honda Civic (87347), which a DPD sergeant searched in NCIC/COLLECT. The DPD sergeant located a possible match on a 2018 Honda Civic bearing CT Reg BN87347, registered to Mongoose Enterprises, LLC.

28.    A DPD detective later contacted the registered owner of the white 2019 Ram ProMaster van with CT Combination registration C231907, recovered at 47 Cowperthwaite Street. The owner advised that he rented the van using the car rental company Turo. The owner advised that the car was rented by BORRERO who picked up the van on Friday, August 23,

2024, at approximately 2:00 AM. The car was due back on August 25, 2024, at 6:30 PM but had not been returned.

29.     DPD officers also located a Nissan Sentra, bearing Florida Registration 70DQJD, registered to Enterprise rental company, at the corner of Clapboard Ridge Road and Damia Drive, in the area S.C. and R.C. were abducted. This vehicle was abandoned on the side of Clapboard Ridge Road. In plain view, officers observed a Louis Vuitton purse on the front passenger seat, consistent with the one belonging to R.C. A DPD detective contacted the Enterprise law enforcement line about the Nissan Sentra and was advised that BORRERO rented the Nissan Sentra.

30.     DPD officers were unable to locate the 2024 Lamborghini Urus on Damia Drive, where S.C. and R.C. were abducted. The DPD put out a BOLO to all units for the Lamborghini Urus, which was believed to have a temporary registration card hanging from the rear of the vehicle. During the investigation, an unknown resident from East King Street, Danbury, CT, contacted DPD dispatch and advised of a Lamborghini that appeared abandoned in the woods off the roadway on East King Street in Danbury. Units located a Lamborghini Urus bearing a New Jersey temporary registration, abandoned and unoccupied in the woods. This vehicle was seized and towed to the Danbury Police Department. I know based on my training and experience that Lamborghinis are manufactured in Italy and thus the stolen car must have been transported, shipped, or received interstate and foreign commerce to arrive in Connecticut.

31.     As part of this investigation, I interviewed a source of information ("SOI-1") with relevant information about the planned carjacking.[1] SOI-1 told me and other officers that

_____

[1] Information about the Sources of Information ("SOI-#") is set forth below.

10

BORRERO paid for the six suspects to travel from Florida to New York, NY on or about August 23-24, 2024, and that some of the suspects spent the night together in New York City on August 23, 2024. They then traveled to Connecticut, where they stayed at a house in Roxbury, Connecticut (described in more detail below). The individual explained that on the day of the attempted carjacking, the suspects traveled in three separate cars (a white Honda sedan, a van, and a dark silver Nissan sedan) to the victims' residence in Danbury, CT. They then conducted surveillance on the victims' home and vehicle, a Lamborghini, and when the Lamborghini left the residence, the suspects followed in the three vehicles. SOI-1 explained that at some point the white Honda rear-ended the Lamborghini and then four of the suspects jumped out of the three vehicles, removed the victims from their car, and forced them into the back of the van where they were restrained with duct tape. This account is largely consistent with what law enforcement learned from the victims, R.C. and S.C.

32.    As part of this investigation, law enforcement agents (including your affiant) have reviewed a group text message chat which included cell phone numbers belonging to ROMERO, DIAZ, PENA, ESTRADA, RIVAS, and BORRERO. That text message conversation revealed that BORRERO organized, paid for, and booked flights for the six suspects to travel from Florida to the New York area. In the text messages, BORRERO asked the other suspects for their email addresses to complete the flight bookings, and then sent flight confirmations to the other suspects.

33.    Further review of the group chat revealed that in the early morning hours of August 25, 2024, the suspects began to prepare for the carjacking that occurred later that evening. DIAZ sent a text message to the group asking, "is anyone else awake?" PENA responded, "We good till we get called I think… Chichi still sleep." Based on my training and

experience, I believe PENA advised the group that they did not have to do anything until someone received a telephone call with further instructions for the suspects. DIAZ subsequently responded, "we leave around 7-8." Based on my training and experience, I believe DIAZ was advising the remaining suspects they would leave the Airbnb to travel to Danbury, CT between 7:00 AM and 8:00 AM. I am aware from information obtained during this investigation that "Chichi" is a name used by BORRERO.

34.    Further text messages show that the six suspects were actively engaged in surveillance measures of the victims of the subsequent carjacking throughout the afternoon of August 25, 2024.

35.    As part of this investigation, I have viewed a video, timestamped 5:43 PM on August 25, 2023, of one of the suspects, believed to be ESTRADA, driving the stolen Lamborghini after the carjacking occurred. The video was recorded by a cell phone by one of the other suspects driving the white Honda sedan, believed to be RIVAS. I can see in the video that the driver of the stolen Lamborghini appears to be searching for a place to leave and hide the vehicle, which he ultimately abandons on the roadway on East King Street. I have reviewed the GPS coordinates of the video, which show that it was filmed on East King Street in Danbury.

36.    Based on the details recovered from the aforementioned group text message thread between the suspects involved in this incident/investigation, investigators determined two additional suspects had not been apprehended, specifically persons using telephone numbers ending in 6064 and 8276. DPD detectives searched telephone numbers ending 6964 and 8276 through law enforcement databases subscribed to the City of Danbury, which returned carrier information for T-Mobile for both numbers.

37.     Based on information from the group text message, investigators also determined the suspects in this incident rented an Airbnb located on Painter Hill Road in Roxbury, CT. The residence at on Painter Hill Road is a four-bedroom, large white home with a hot tub in the rear and a long, gravel driveway. I have reviewed text messages from approximately 5:36 PM on August 25, 2024 (near in time to the carjacking and kidnapping) that show shared location information and advise the six suspects to return to a house on Painter Hill.

38.     DPD detectives completed an emergency request form for T-Mobile based on the severity of the incident, and the possibility the remaining suspects could alter or destroy evidence before their apprehension. T-Mobile subsequently provided records which revealed telephone number ending 6964 (a phone number belonging to Ricardo ESTRADA) was pinging in an area consistent with the device being located on Painter Hill Road, Roxbury, CT.

39.     Based on the investigation, investigators believed the two outstanding suspects, eventually identified as MICHAEL RIVAS and ESTRADA, returned to the house on Painter Hill Road in the white Honda Civic. Accordingly, DPD detectives, special agents of the FBI, including your affiant, and Connecticut State Police troopers went to the residence on Painter Hill Road, Roxbury, CT early in the morning on August 26, 2024.

40.     Upon our arrival at the house, we saw the aforementioned Honda Civic, which had substantial front-end damage, parked and unoccupied in the driveway. The damage to the car is consistent with the accounts of S.C. and R.C., who told law enforcement that their vehicle was rear-ended by the white Honda Civic, to initiate the carjacking. Officers subsequently made contact with RIVAS and ESTRADA, who were inside the residence on Painter Hill Road. Both parties exited the residence and were taken into custody without incident and eventually transported to the DPD. The Honda Civic was towed to the Danbury Police Headquarters.

41.    Investigators subsequently cleared the residence to confirm no other individuals were inside. During the sweep, investigators observed in plain view two cellular devices, two black balaclava-style face masks, and two jump ropes, all of which were seized. The balaclava masks were consistent with the face masks provided in descriptions of the suspects by both victims. The jump ropes were consistent with the jump ropes found in the Ram ProMaster van. I believe that these jump ropes were likely intended to be used as restraints.

42.    DPD detectives learned the white 2018 Honda Civic, bearing CT registration BN87347, was registered to Mongoose Enterprises, LLC, located in New Haven, CT. A DPD detective contacted the owner of Mongoose Enterprise who advised the white Honda Civic was rented by "Louis Keshawn" and "Sedric Louis" who provided an address in St. Louis, Missouri (MO). The white Honda Civic was picked up by Louis on August 22, 2024. Investigators searched both Keshawn and Louis through law enforcement databases subscribed to by the City of Danbury, which revealed an individual named Sedric Louis from St. Louis, MO with the same name and date of birth listed on the Mongoose rental agreement for the white Honda Civic.

**B.  _Introduction of Sources_**

43.    As part of this investigation, other investigators and I have interviewed several sources of information (SOI's) with relevant information about SCHWAB and his involvement in the Subject Offenses.

44.    SOI-1 is cooperating with law enforcement for consideration as to pending federal charges. SOI-1 provided information to law enforcement on individuals involved in the kidnapping in Danbury, Connecticut based on his/her relationship and/or contact with those individuals (or communications heard and/or seen), including, BORRERO, RIVAS, DIAZ, ROMERO, ESTRADA, and PENA. Furthermore, SOI-1 is familiar with James SCHWAB

through SOI-1's relationship with BORRERO but has not met SCHWAB in person. While SOI-1 has been arrested in the past, s/he has no criminal conviction history. S/he advised law enforcement that s/he previously sold illegal narcotics, including cocaine and marijuana. Further, SOI-1 has admitted being involved in criminal conduct with other persons involved in this case. Information provided by SOI-1 has been corroborated by other source information and by other evidence obtained during this investigation.

45.    SOI-2 is cooperating with law enforcement for consideration as to pending federal charges. SOI-2 provided information to law enforcement on individuals involved in the kidnapping in Danbury, Connecticut based on his/her relationships and/or contact with those individuals (or communications heard and/or seen), including, SCHWAB, BORRERO, RIVAS, DIAZ, ROMERO, ESTRADA, and PENA. S/he has also been in contact with "Cam," a/k/a Adam IZA, whom I believe to be a criminal associate of SCHWAB. SOI-2 has been arrested previously but has no criminal conviction history. SOI-2 volunteered information to law enforcement that s/he previously committed robbery, thefts, and fraud and has admitted being involved in criminal conduct with other persons involved in this case. Information provided by SOI-2 has been corroborated by other source information and by evidence obtained during this investigation.

46.    SOI-3 is cooperating with law enforcement for consideration as to pending federal charges. SOI-3 provided information to law enforcement on individuals involved in the kidnapping in Danbury, Connecticut based on his/her relationships and/or contact with those individuals (or communications heard and/or seen), including, BORRERO, RIVAS, DIAZ, ROMERO, ESTRADA, and PENA. Furthermore, SOI-3 has met James SCHWAB and has information about SCHWAB through his/her contact with BORRERO and DIAZ. SOI-3 has no

criminal conviction history. SOI-3 volunteered information to law enforcement that s/he previously committed multiple robberies, including armed robberies and armed carjackings for which s/he has not been charged/convicted, and has admitted to being involved in criminal conduct with other persons involved in this case. Information provided by SOI-3 has been corroborated by other source information and by evidence obtained during this investigation.

47.      SOI-4 is cooperating with law enforcement for consideration in an ongoing federal investigation. SOI-4 provided information to law enforcement based on his/her familiarity and personal interaction with SCHWAB. SOI-4 has admitted his/her involvement in criminal activity and is believed by investigators to have continued participating in criminal activity after providing information to law enforcement and not being truthful about his/her continued involvement when asked. Information provided by SOI-4 as related to this affidavit has been corroborated by other source information and by evidence obtained during this investigation.

C.   _**Background of James SCHWAB**_

48.      According to SOI-2, SCHWAB and DIAZ lived together in Miami, Florida for a period of several months in mid- to late-2022. Your affiant showed SOI-2 a known photograph of James SCHWAB, date of birth XX/XX/2002, whom SOI-2 confirmed to be the individual s/he knew to have resided with DIAZ in Miami in 2022.

49.      SOI-2 further informed investigators that SCHWAB used several online monikers/aliases, including "Wow" and "Omari," and a Telegram account with the username "Deleted Account."

50.      When I reviewed the contents of a DIAZ cellphone, I saw the following two telephone numbers saved in DIAZ's contacts which contained the name/phrase "wow":

a) 424-285-3489 (saved in contacts as "wow"), and

b) 404-503-1885 (saved in contacts as "James wow").

51.    I am aware that the "424" area code is for Los Angeles, CA, and the "404" area code is for Atlanta, GA, both areas that are associated with SCHWAB.

52.    Further review of the contents of DIAZ's phone extraction, specifically a text message chat between DIAZ and the user of telephone number 424-285-3489 ("wow"), revealed that on September 27, 2023, DIAZ sent "wow" the following photograph of a Texas Driver's License in the name "Brandon Myers":



53.    Based on my participation in this investigation, I recognize the individual photographed on the Texas Driver License above to be James SCHWAB, date of birth XX/XX/2002.

54.     During an interview in early December 2024, SOI-2 confirmed telephone number 424-285-3489 was used by SCHWAB. During the same interview, SOI-2 advised that s/he knew SCHWAB had fake driver's licenses from Rhode Island and Texas.

55.     In September 2024, I served subpoenas on Verizon for basic subscriber information and call detail records associated with telephone number 424-285-3489. Verizon subsequently responded to the subpoena and provided subscriber information for telephone number 424-285-3489, which revealed the subscriber's name to be "Brandon Myers" with an address at 3787 Avera Lane, Peachtree Corners, Georgia (GA) 30092.

56.     In October 2024, I served another subpoena on Verizon for basic subscriber information and call detail records associated with telephone number 424-285-3489. Verizon subsequently responded to the subpoena and provided the same subscriber information as detailed above. Furthermore, the records revealed telephone number 424-285-3489 was still in active status as of October 30, 2024. Furthermore, as of January 18, 2025, telephone number 424-285-3489 is still associated with an Apple device capable of receiving iMessage. I have also been informed by officials with United States Customs and Border Control that James SCHWAB provided this phone number when arranging recent travel outside the country, travel that is ongoing.

57.     In September 2024, I served a subpoena on T-Mobile for basic subscriber information and call detail records associated with telephone number 404-503-1885. T-Mobile subsequently responded to the subpoena and provided subscriber information for telephone number 404-503-1885, which revealed the subscriber's name to be James SCHWAB, date of birth XX/XX/2002, with a billing and subscriber address of 3787 Avera Lane, Norcross, GA 30092.

58.    I conducted queries of public record and FBI databases which revealed SCHWAB is associated with the address 3787 Avera Lane, Norcross, GA 30092. Both Norcross and Peachtree Corners are located in the Atlanta, Georgia metropolitan area.

59.    In October 2024, I served another subpoena on T-Mobile for basic subscriber information and call detail records associated with telephone number 404-503-1885. T-Mobile subsequently responded to the subpoena and provided the same subscriber information as detailed above. However, as of November 8, 2024, 404-503-1885 is no longer active with T-Mobile as the account and number were suspended due to non-payment.

60.    During an interview in early December 2024, SOI-2 confirmed telephone number 404-503-1885 was used by SCHWAB. My review of the contents of DIAZ's cellphone also revealed a Telegram user with the display name "Omari" with the Telegram user ID 1363102839. Further review of the contents of DIAZ's cellphone revealed another Telegram user with the same user ID (1363102839) with the Telegram display name "Deleted Account." SCHWAB's use of the encrypted app Telegram is discussed below.

61.    I am aware that SCHWAB encrypted data on his iCloud account, consistent with source information provided to investigators. I obtained a search warrant for the contents of SCHWAB's iCloud account (details below) and found that a large amount of the data had been encrypted. I believe SCHWAB encrypted his iCloud account to keep law enforcement from locating evidence of his involvement in the Subject Offenses.

62.    SOI-3 met "James" on at least two occasions through DIAZ. According to SOI-3, DIAZ was close with "James" who was like an older brother to DIAZ. DIAZ or BORRERO told SOI-3 that James' last name was "SCHWAB," and that SCHWAB was from Los Angeles, California. Your affiant showed SOI-3 a known photograph of James SCHWAB, date of birth

XX/XX/2002, and SOI-3 confirmed that the person in the photograph was the one s/he knew to be the James SCHWAB discussed by DIAZ and BORRERO.

### D. *Source Information Regarding SCHWAB's Involvement in the Danbury, Connecticut Kidnapping Conspiracy*

63.    According to SOI-4, in late July 2024, the month before the kidnapping, SCHWAB was at a nightclub in Miami, Florida with his associates. While inside the nightclub, SCHWAB and his associates got into a verbal altercation with S.C. and R.C.'s son, V.C., and V.C.'s associates. Sometime during the verbal exchange, V.C. physically assaulted SCHWAB.

64.    SCHWAB's involvement in a fight in a Miami club was also mentioned to investigators by SOI-2 who said that s/he was aware of the incident. SOI-2 stated that SCHWAB told DIAZ that he (SCHWAB) and one of SCHWAB's associates, D.B., got into an altercation with some young males at a club in Miami, Florida. During the altercation, SCHWAB's associate, D.B., was hit in the face. Shortly after the incident at the club, SCHWAB left Miami, but contacted BORRERO and told BORRERO to rob the young males who assaulted his friend. SCHWAB provided BORRERO with the address of the Airbnb in Miami where the young males were staying. SOI-2 did not know whether BORRERO went to the Miami Airbnb to rob the young males.

65.    SOI-2 also reported that, the next month, a few days prior to the Danbury, CT attempted kidnapping on August 25, 2024, BORRERO called DIAZ and informed DIAZ that SCHWAB had sent BORRERO to Connecticut. BORRERO later told his collaborators there was a young Indian male in Connecticut who had lots of money and had been going out to clubs. BORRERO stated that SCHWAB and SCHWAB's associate, "Adam," whom I believe to be Adam IZA," came up with the idea to kidnap the parents of the young Indian male (known by

investigators to be V.C.) and extort money from him for their release. Adam later sent DIAZ a photograph of S.C. and R.C.'s son, V.C.

66.    SOI-2 said that SCHWAB recruited BORRERO to conduct the kidnapping because he knew BORRERO was a "street dude" who had a crew of people who worked with him to commit robberies.

67.    According to SOI-3, SCHWAB introduced or connected DIAZ to an unknown male (believed by investigators to be IZA) who was in contact with BORRERO and directed BORRERO how to conduct the kidnapping. Furthermore, SOI-2 advised that BORRERO said that SCHWAB introduced him (BORRERO) to "Cam," a.k.a. "Adam" (believed by investigators to be IZA) to facilitate the kidnapping.

68.    According to SOI-2, SCHWAB booked and paid for the aforementioned Airbnb on Painter Hill Road in Roxbury, CT, where BORRERO, DIAZ, ROMERO, PENA, RIVAS, and ESTRADA were directed to bring the hostages/victims (S.C. and R.C.) after the kidnapping. SCHWAB was worried he would be connected to the Roxbury, CT Airbnb because his telephone number was linked to the Airbnb account used to rent it. Therefore, SCHWAB directed the Miami kidnappers to use a different Airbnb rental for the kidnapping to avoid the rental being connected back to him. SCHWAB tried to provide someone else's credit card to reserve a new Airbnb. According to SOI-2, DIAZ told SCHWAB that the Miami kidnappers would not switch Airbnb locations and DIAZ reassured SCHWAB no one would get caught.

69.    According to SOI-2, sometime after DIAZ arrived in Connecticut to meet BORRERO, BORRERO said that SCHWAB had been in Connecticut when BORRERO arrived, but left before DIAZ, PENA, ROMERO, RIVAS, and ESTRADA arrived in the New York/Connecticut area. When BORRERO arrived in Connecticut, he met with SCHWAB and a

group of black males who were there to participate in the same kidnapping plot. I believe these males to be from St. Louis, as discussed below. BORRERO stated that he and the other black males conducted surveillance of the victims, S.C. and R.C., prior to the arrival of the other Miami kidnappers. At some point, the other group left Connecticut because BORRERO only wanted to work with people familiar to him.

70.    SOI-1 also told investigators about another group of potential kidnappers in addition to those from Miami. S/he said that BORRERO mentioned that SCHWAB sent another group of people to Connecticut to do the kidnapping before BORRERO arrived in Connecticut, but that group did not follow-through.

**E.  _SCHWAB's Association with Adam IZA_**

71.    As mentioned above, BORRERO told SOI-2 that SCHWAB and SCHWAB's associate, "Cam," came up with the idea to kidnap the parents of the young Indian male (known by investigators to be V.C.) and extort money from him for their release. SOI-2 thought "Cam's" real name might be "Adam" and told investigators that BORRERO said that SCHWAB introduced him (BORRERO) to "Adam" for the purpose of orchestrating the kidnapping.

72.    According to SOI-2, SCHWAB advised DIAZ that "Adam" previously lived in a home in Bel-Air, California, had corrupt police officers who worked for him, and owned a cryptocurrency trading platform called "Zort." Based on information provided by other agents, I am aware that the individual DIAZ described was Adam IZA. In January 2025, IZA was charged in a three-count superseding information in the Central District of California with conspiracy against rights, wire fraud, and tax evasion. IZA has been in federal custody since his arrest in September 2024.

73.    In January 2025, I reviewed a cellphone belonging to IZA, seized and searched by the FBI pursuant to IZA's arrest in September 2024. During the review, I found the following picture:



74.    I recognized this photograph to depict flight information for travel on American Airlines from St. Louis Lambert International (STL) Airport in St. Louis, MO to Westchester County Airport (HPN) in West Harrison, New York on August 21, 2024, days before the carjacking and attempted kidnapping took place. Of note, one of the ticketed passengers in the photograph was named "Sedric Louis," which as detailed above, is the name of the individual who rented the white 2018 Honda Civic involved in the kidnapping and carjacking of S.C. and R.C. According to information reviewed by me, an individual matching Louis' description picked up the white Honda Civic used in the kidnapping on August 22, 2024, one day after the American Airlines flight was scheduled to land in New York. I believe that at least part of this

23

group flew to Connecticut to participate in the intended kidnapping but left sometime after BORRERO arrived in Connecticut.

## F. *SCHWAB's Payment for Travel and Lodging as Part of the Kidnapping Conspiracy*

75.     In January 2025, I served a subpoena on American Airlines for records and information associated with American Airlines confirmation/record locator number CHQAKT for the flight reserved for Sedric Louis and four other individuals from St. Louis. The records American Airlines provided included a Visa credit card number ending in 1852[2] that was used to pay for the flights. The billing party associated with the credit card was identified as K.L. with a billing address in Montclair, New Jersey.

76.     In January 2025, I searched FBI databases for the name K.L. and found a complaint K.L. filed with the FBI Internet Crime Complaint Center (IC3) in July 2024. The complaint explained that, on a date in mid-July 2024, K.L. learned from American Airlines that her American Airlines "AAdvantage" account had been hacked and that someone named James SCHWAB used 100,000 American Airlines Loyalty Points from K.L.'s account to purchase an airline ticket in his (SCHWAB's) name.

77.     In January 2025, I spoke to K.L. on the telephone. K.L. advised that, while traveling, she noticed that a substantial number of her AAdvantage Loyalty points were missing. K.L. then contacted American Airlines who confirmed to her that there was fraud on her account. The American Airlines representative informed K.L. that an individual named James SCHWAB redeemed the AAdvantage points from K.L.'s account to purchase an airline ticket in his (SCHWAB's) name. K.L. told me that she does not know a "James Schwab" and confirmed to

---

[2] The subpoena returns from American Airlines included the full credit card number which is known to investigators.

me that she did not purchase or authorize the purchase of the American Airlines tickets that were bought in the name James SCHWAB.

78.     In January 2025, your affiant spoke with a representative from American Airlines who confirmed that, in mid-July 2024, 100,000 American Airlines Loyalty Points were stolen from K.L.'s account and used to purchase an airline ticket in SCHWAB's name for travel from Las Vegas, Nevada, to Miami, Florida in July 2024. Furthermore, the American Airlines representative told me that American Airlines was unable to cancel SCHWAB's plane ticket (purchased with K.L.'s points) before SCHWAB boarded his ticketed flight and successfully traveled. As detailed above, I am aware from source information that SCHWAB was in Miami after the date of the American Airlines flight mentioned above, as he was in a Miami nightclub when he and associates got into a verbal and physical altercation with V.C.  I therefore believe SCHWAB did in fact use K.L.'s airline rewards points to purchase an American Airlines ticket he used to travel from Las Vegas to Miami the month before the intended kidnapping.

79.     Additionally, I queried FBI Databases for the name James SCHWAB and found three *additional* complaints filed with the FBI Internet Crime Complaint Center (IC3) between March 2024 and November 2024, wherein an individual named "James Schwab" was identified as a subject in the fraudulent use of American Airlines mileage points. In each of the three complaints, not only was the name "James Schwab" identified as a subject, but at least two individuals I know to be associates of SCHWAB were also identified as subjects in the same complaints. Therefore, based on my training and experience and my participation in this investigation, I believe the individual "James Schwab" identified in these three complaints, and the aforementioned complaint filed by K.L. in July 2024, all involving the fraudulent use of

American Airlines points, is in fact the James SCHWAB who participated in the Subject Offenses.

80.    Based on the aforementioned information, I believe SCHWAB acquired and used K.L.'s personal information, not only to hack K.L.'s American Airlines account, but also to obtain a Visa credit card in K.L.'s name with a number ending in 1852. I believe SCHWAB then used the credit card in K.L.'s name, or authorized such use, to pay for American Airlines tickets for several individuals, including Sedric Louis, who then traveled to New York and Connecticut to participate in the kidnapping of S.C. and R.C.[3]

81.    The same credit card ending in 1852 was used to pay for the Airbnb rental property in Roxbury, CT where the Miami kidnappers stayed and intended to bring the hostages/victims (S.C. and R.C.) after the kidnapping.

82.    When speaking to K.L., she confirmed to me that she did not obtain a credit card ending in 1852 and did not make any purchases with such a credit card. Further, she told me that she has never lived at the New Jersey address associated with the credit card.

83.    As to the Airbnb rental where the kidnappers stayed, in September 2024, I contacted S.B., the host of the aforementioned Airbnb property at 23 Painter Hill Road, Roxbury, CT. S.B. informed me that an Airbnb guest who rented the property during the period of the kidnapping used the guest name/profile "Inc Bulakh." S.B. subsequently provided me with screenshots from the Airbnb profile for "Inc Bulakh." In that screen shot, a host reviewer mentioned the name "Videri" as the name of the account holder who had stayed at their property previously, suggesting an association between "Inc. Bulakh" and "Videri."

---

[3] Sedic Louis and his compatriots ultimately did not participate in the actual carjacking and kidnapping due to BORRERO's refusal to work with them.

84.     In September 2024, I served a subpoena on Airbnb, requesting information and records related to the Airbnb guest "Inc Bulakh." In October 2024, Airbnb provided some information in response. For example, the records showed that the same credit card, ending in 1852, used to book the flights of Sedric Louis and others from St. Louis to New York on August 21, 2024 also was used to pay for the Airbnb rental property in Roxbury, CT where the Miami kidnappers stayed and intended to bring the hostages/victims (S.C. and R.C.) after the kidnapping. As noted above, I believe the credit card number ending in 1852 was used by SCHWAB.

85.     According to SOI-2, SCHWAB previously used the name "Videri" when he reserved properties through Airbnb. Furthermore, SCHWAB used a business account in the name "Videri Agency."

86.     In January 2025, I served  a subpoena on Block, Inc. for records and information associated with Cash App accounts linked to SCHWAB. In response, Block, Inc. provided records related to numerous Cash App accounts linked to SCHWAB. Of note, SCHWAB's name, date of birth, social security number, address, telephone number (404-503-1885), email address (jamesschwab@yahoo.com), and a bank account in SCHWAB's name were linked to a Cash App accounts in the name "Videri Worldwide LLC," created in December 2020 and November 2022. Additionally, SCHWAB's name, date of birth, social security number, and telephone number (678-661-9471) were all linked to another Cash App account in the name "Videri LLC," created in November 2022.

87.     In January 2025, I served a subpoena on PayPal for records and information associated with PayPal accounts linked to SCHWAB. In response, PayPal provided records related to numerous PayPal accounts linked to SCHWAB. Of note, SCHWAB's name, date of

birth, and social security number, were associated with a PayPal business account in the name "Videri Worldwide LLC," created in October 2022. Additionally, SCHWAB's name was associated with a business account with the linked email, "videriagencyllc.com," created in October 2022.

88.     In October 2024, I served a subpoena on Apple, Inc. for any and all Apple ID and/or account email addresses related to SCHWAB's name and date of birth, and/or SCHWAB's known telephone numbers 424-285-3489 and 404-503-1885. In October 2024, Apple responded to the subpoena and provided records related to SCHWAB's iCloud account with the DSID 16111401952 and Apple ID "jamesfschwab@ ptoronmail.com."  A review of the records revealed the aforementioned DSID and Apple ID were linked to the name "James S" and to SCHWAB's known Norcross, Georgia address. Furthermore, both of SCHWAB's known telephone numbers, 424-285-3489 and 404-503-1885, were linked to the Apple ID and DSID as the "FaceTime / iMessage Phone" numbers and the "Verified Phone" numbers. Finally, information listed under the Apple Media Services (AMS) Data for the DSID listed several billing party names including James SCHWAB, Brandon Myers (an alias used on a fake Texas driver's license for SCHWAB – a copy provided above), and "Videri Schwab."

89.     Based on my training and experience, my participation in this investigation, information provided by sources associating SCHWAB and/or his prior Airbnb reservations with the name "Videri," and records returned from multiple independent companies (Block Inc. (Cash App), PayPal, and Apple Inc. (iCloud)) which linked SCHWAB to businesses named "Videri" (corroborating information provided by the above sources), I believe SCHWAB is associated with the name/moniker/alias "Videri" and that the name "Videri" referenced in the records produced by Airbnb concerning the "Inc. Bulahk" Airbnb profile used to rent the Roxbury, CT

property is a reference to SCHWAB. Thus, I submit there is probable cause to believe that SCHWAB was the user of the Airbnb account used to rent the Roxbury, CT property, and that SCHWAB rented the property for the kidnappers to use in furtherance of the kidnapping plot.

### G. *SCHWAB's Use of His Cellphone to Facilitate the Kidnapping Conspiracy*

90.     SOI-1 told investigators that s/he was with BORRERO during surveillance of the intended Danbury victims and heard BORRERO talking on his cellphone frequently with a male whom he referred to as "James," including during times when BORRERO and the other suspects were engaged in surveillance of the intended targets. BORRERO communicated with "James" over FaceTime and regular voice calls. From what SOI-1 could tell, James sounded like he was possibly forcing or threatening BORRERO to commit the kidnapping.  In October 2024, BORRERO advised SOI-1 that James' full name was "James SCHWAB."

91.     According to SOI-2, SCHWAB, BORRERO, and BORRERO's "hacker" (a.k.a. "Cam", a.k.a. "Adam") planned the Danbury kidnapping, and they all remained in contact via telephone (FaceTime and Telegram) throughout the execution of the kidnapping plan. According to SOI-2, on or around August 23, 2024, SCHWAB contacted DIAZ via FaceTime or Telegram and advised the kidnapping was the plan of SCHWAB's friend.

92.     According to SOI-2, when BORRERO and the other kidnappers needed money to fund certain aspects of the kidnapping operation, BORRERO or DIAZ called SCHWAB who would send money to "Cam", a.k.a. "Adam," who in turn would send money to BORRERO.

93.     SOI-3 recalled SCHWAB's name ("James") being brought up in conversations throughout the period leading up to the kidnapping. For example, SOI-3 recalled BORRERO directing DIAZ to call SCHWAB. Furthermore, SOI-3 heard BORRERO and DIAZ communicating with an unknown male, believed by investigators to be IZA, who directed them to call "James" if they had any problems.

94.     Call detail records obtained from Verizon for the telephone number 424-285-3489, used by SCHWAB, as well as data extracted from DIAZ's cellular telephone, confirmed the information sources provided about phone contact between SCHWAB and those involved in the kidnapping.  For example, the records showed that BORRERO was in contact with telephone number 424-285-3489 two times between August 21, 2024 and August 24, 2024. Specifically, BORRERO placed one outgoing call to telephone number 424-285-3489 on August 21, 2024, and then placed another outgoing call to telephone number 424-285-3489 on August 24, 2024. These are regular phone calls and do not include FaceTime calls.

95.     According to SOI-2, while DIAZ was driving to the airport in Florida to travel to the New York/Connecticut area, SCHWAB called DIAZ via FaceTime and told DIAZ not to get on the flight because he did not want to see DIAZ go to jail, indicating that SCHWAB knew the reason for the trip to Connecticut.

96.     According to SOI-2, prior to the kidnapping, SCHWAB sent DIAZ text messages asking DIAZ whether he knew anyone with cars in Connecticut, or anyone with an existing Turo account with a history of rentals. Text messages from DIAZ's phone confirmed these communications between SCHWAB and DIAZ.

97.     A review of the contents of DIAZ's cellphone extraction revealed the following regarding DIAZ's contact with telephone numbers 424-285-3489 and 404-503-1885, used by SCHWAB:

    a)  Between August 21, 2024 and August 24, 2024, there were at least 15 FaceTime video calls, attempted or completed, between DIAZ and telephone number 424-285-3489 used by SCHWAB. Specifically, DIAZ placed 10 outgoing FaceTime

calls to telephone number 424-285-3489 and received five incoming FaceTime calls from telephone number 424-285-3489.

b) Between August 20 2024 and August 23, 2024, DIAZ exchanged 44 text messages with telephone number 424-285-3489, used by SCHWAB.

    i.    On August 21, 2024, SCHWAB, using telephone number 424-285-3489, sent a text message to DIAZ which read, *"Yk anyone with cars in CT."* DIAZ responded and asked SCHWAB, *"in connecticut?"* to which SCHWAB responded, *"Yes."* DIAZ responded and said, *"nah… i knew one nigga… but he went to jail… i lost his contact."* Based on my training and experience, and my participation in this investigation, I believe SCHWAB was asking DIAZ if he (DIAZ) knew anyone in Connecticut (*"CT"*) who had vehicles that I believe SCHWAB intended to use during the commission of the planned kidnapping.

    ii.    On August 22, 2024, SCHWAB, using telephone number 424-285-3489, sent a text message to DIAZ which read, *"Know anyone with aged Turo,"* to which DIAZ responded saying, *"nah I can find one for u tho."* As noted above, BORRERO rented the Ram ProMaster van that was used in the kidnapping via a Turo[4] car rental application. Therefore, based on my training and experience, and my participation in this investigation, I believe SCHWAB was asking DIAZ if he knew anyone who had an existing and old Turo account, likely so the existing account

---

[4] Turo is a peer-to-peer car-sharing marketplace that facilitates car owners renting their vehicles to others.

could be used to rent a vehicle that would be used during the commission of the planned kidnapping. Furthermore, I believe SCHWAB was asking for an existing Turo account with a rental history ("aged") because SCHWAB did not want to use a Turo account in his own name to rent a car that could be traced back to him. Finally, according to SOI-2, when SCHWAB asked about an "aged" Turo account, SCHWAB was asking for a Turo account that had a history of being used to rent vehicles.

iii. On August 23, 2024, DIAZ sent two consecutive text messages to telephone number 424-285-3489, which read, *"call me… on tg."* Based on my training and experience, and my participation in this investigation, I believe DIAZ sent these text messages to SCHWAB to direct SCHWAB to contact DIAZ via the Telegram (*"tg"*) Messenger application in an effort to communicate about the planned kidnapping via an encrypted platform. According to SOI-2, when DIAZ sent the message "*tg,*" DIAZ was telling SCHWAB to call him on Telegram so they could discuss the Connecticut kidnapping.

iv. Between August 22, 2024 and August 23, 2024, DIAZ placed two outgoing FaceTime calls to SCHWAB at telephone number 404-503-1885, one of which was completed and one went unanswered.

v. Between August 8, 2024 and August 23, 2024, DIAZ exchanged 10 text messages with SCHWAB at telephone number 404-503-1885.

vi.   On August 23, 2024, DIAZ sent a text message to SCHWAB at

telephone number 404-503-1885, which read, *"tg,"* which I believe to

be an abbreviation for Telegram. Therefore, I believe at 11:27 PM on

August 23, 2024, DIAZ directed SCHWAB to contact him (DIAZ) via

the Telegram application, likely in an effort to communicate about the

planned kidnapping via an encrypted platform. According to SOI-2,

when DIAZ sent the message "*tg,*" DIAZ was telling SCHWAB to call

him on Telegram so they could discuss the Connecticut kidnapping.

98.    Your affiant's review of the contents of DIAZ's cellphone revealed that between

August 22, 2024 and August 25, 2024, DIAZ exchanged Telegram messages and Telegram calls

with a Telegram account with user ID 1363102839 associated with display names "Omari" and

"Deleted Account." As detailed above, SOI-2 knew SCHWAB to use the Telegram display name

"Deleted Account" and the online moniker/alias "Omari." Therefore, I believe the Telegram

account with user ID 1363102839 and display names "Omari" and "Deleted Account" were used

by SCHWAB. Furthermore, based on information provided by SOI-2 that DIAZ directed

SCHWAB to contact DIAZ via Telegram to discuss the kidnapping, I believe the Telegram

messages/calls between DIAZ and the Telegram account with user ID 1363102839 between

August 22, 2024 and August 25, 2024, were communications between DIAZ and SCHWAB

regarding the kidnapping.

99.    Further review of the contents of DIAZ's cellphone by your affiant revealed

multiple audio/video calls, attempted or completed, between DIAZ and SCHWAB in the days

leading up to August 25, 2024. According to SOI-2, those calls related to the aforementioned

conversations between DIAZ and SCHWAB regarding SCHWAB's concerns over his

connection to the Connecticut Airbnb, requests for money from SCHWAB, and warning DIAZ to be safe.

**H.**  ***Association of JAMES SCHWAB's Telephone Numbers, Used to Facilitate the Kidnapping, to Multiple Electronic Devices***

100.    As described above, in October 2024, I served a subpoena on Apple Inc. for all Apple ID and/or account email addresses related to SCHWAB's name and date of birth, and/or the telephone numbers (424-285-3489 and 404-503-1885) SCHWAB used to communicate with DIAZ and BORRERO to facilitate the kidnapping.

101.    In response, Apple provided records related to the SCHWAB's iCloud account with the DSID 16111401952 and Apple ID "jamesfschwab@ptoronmail.com." A review of the records revealed the aforementioned DSID and Apple ID were linked to the name "James S" and SCHWAB's known Norcross, Georgia address. Furthermore, both of SCHWAB's known telephone numbers, 424-285-3489 and 404-503-1885, were linked to the same Apple ID and DSID as the "FaceTime / iMessage Phone" numbers and the "Verified Phone" numbers.

102.    In October 2024, I also served a search warrant, authorized by the District of Connecticut, for SCHWAB's iCloud account with the DSID 16111401952 and Apple ID "jamesfschwab@ptoronmail.com." Further review of the Apple Inc. subpoena and search warrant returns for SCHWAB's iCloud account revealed the following information. SCHWAB's iCloud account linked to the telephone numbers (424-285-3489 and 404-503-1885) SCHWAB used to communicate with DIAZ and BORRERO to facilitate the kidnapping was registered/ linked to multiple electronic devices. Notably:

c)    On September 24, 2021, the iCloud account was registered to an Apple iPhone 13 Pro with IMEI number 351228762421974. According to subpoenaed records from

T-Mobile, IMEI number 351228762421974 is the same IMEI number associated

with telephone number 404-503-1885 as of September 27, 2024;

d) On April 30, 2024, the iCloud account was registered to an Apple iPhone 15 Pro

with IMEI number 359642655265243. According to subpoenaed records from

Verizon, IMEI number 359642655265243 is the same IMEI number associated

with telephone number 424-285-3489 as of October 30, 2024.

103.    Further review of records related to SCHWAB's iCloud account revealed that at

least two of the iPhones registered to SCHWAB's iCloud account had mobile applications

updated/redownloaded to them, including Turo, Airbnb, and Telegram Messenger applications.

Furthermore, between August 19, 2024 and August 27, 2024 (the period surrounding the

Connecticut kidnapping), each of these applications was updated/redownloaded on an iPhone

registered to SCHWAB's iCloud account.

104.    Finally, between the period of September 2021 and April 2024, when the

SCHWAB's iCloud was registered to the aforementioned Apple iPhone 13 Pro and iPhone 15

Pro, there were two additional iPhones and one MacBook laptop registered to SCHWAB's

iCloud account.[5]

## I.    *BORRERO's Recorded Prison Calls Implicating SCHWAB*

105.    In late September 2024 after the arrest and detention of the kidnappers, I reviewed

BORRERO's Connecticut Department of Corrections (CT DOC) inmate telephone calls. In the

calls, BORRERO referred to someone named "James," whom I believe to be SCHWAB, several

times.  For example:

---

[5] While much of the data on SCHWAB's iCloud account had been encrypted, I was able to retrieve some
information from it.

a) On August 27, 2024, BORRERO advised a male contact that "James" was supposed to pay BORRERO's bond and stated, "*he owe me*." BORRERO told the male contact that BORRERO and his associates know James' first and last name. BORRERO stated, "*He [James] thinks he's going to go off the radar… tell that nigga I got his government*." Finally, BORRERO stated, "*He [James] know why he blockin' everyone and running… that nigga trippin'… like me and Rey [Reynaldo DIAZ] ain't his dogs*."

    i. Based on my training and experience, I believe in the above jail call on August 27, 2024, BORRERO was advising the male that BORRERO knew James' first and last name (*"his government"*), and that BORRERO expected James to pay for BORRERO's bond because BORRERO had done something that James was obliged to repay. Furthermore, according to SOI-2, DIAZ believed SCHWAB was responsible for his arrest and therefore DIAZ wanted SCHWAB to get him a lawyer.

    ii. I believe when BORRERO stated, "*He [James] know why he blockin' everyone and running… like me and Rey ain't his dogs,*" he meant that James is intentionally avoiding people, including BORRERO and DIAZ ("*Rey*") with whom he had a close relationship.

b) On August 27, 2024, BORRERO advised another male contact that the only reason he (BORRERO) knew James was because of DIAZ. BORRERO asked the male contact, *"Why is he leaving us in here like this hanging, bro?"* which I

believe to mean BORRERO was confused why James [*"he"*] was not helping

BORRERO and his co-defendants bond out of jail.

c)  On August 31, 2024, BORRERO placed a jail call to a female believed to be

Meilis Llorens (Llorens). Llorens advised BORRERO that James contacted "TJ"

over Telegram. Llorens described James as a "white boy," and BORRERO

described James as Rey's [Reynaldo DIAZ's] roommate.

i.  Based on my training and experience, my participation in this

investigation, and information provided by SOI-2 identifying DIAZ and

SCHWAB as former roommates, I believe the individual "James" that

BORRERO identified as DIAZ's roommate was SCHWAB.

ii.  Furthermore, based on my participation in this investigation, I believe

"TJ" to be Theotis White (White), an associate of DIAZ and BORRERO

from Miami. Therefore, I believe Llorens informed BORRERO that

SCHWAB contacted White over Telegram.

106.  Based on the foregoing information and evidence, there is probable cause to

believe, and I do believe, that JAMES SCHWAB conspired with others to kidnap S.C. and R.C.

on August 25, 2024, in Danbury, CT. Furthermore, based on the information provided by

multiple sources of information, SCHWAB communicated with BORRERO, DIAZ, and IZA via

voice calls, text messages, the Telegram Messenger application, and FaceTime, to discuss, plan,

and facilitate the kidnapping. The information provided by these sources of information was

corroborated by my review of telephone evidence which revealed, in part, that two telephone

numbers used by SCHWAB were used to communicated with DIAZ and BORRERO via

FaceTime, text message, and voice calls during the days immediately leading up to the

kidnapping, including while DIAZ and BORRERO were in Connecticut. Furthermore, a Telegram account believed to be used by SCHWAB communicated with DIAZ in the days leading up to the kidnapping, including while DIAZ was in Connecticut. According to SOI-2, the content of some of those Telegram communications related to the facilitation of the Connecticut kidnapping.

107.    I also believe, based on both source information and other evidence obtained during the investigation, that SCHWAB arranged or helped to arrange the travel of persons to Connecticut for the kidnapping and the lodging of those persons in a place where they intended to hold the victims for ransom.

## CONCLUSION

108.    Based on the foregoing, I respectfully submit that there is probable cause to believe, and I do believe, that James SCHWAB has committed the Subject Offenses, and I ask the Court to issue the accompanying criminal complaint. I also respectfully request that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including this affidavit and the criminal complaint.  I believe that sealing these documents is necessary because they relate to ongoing investigations, in various jurisdictions, into criminal activities and target organizations and individuals, several of whom are unaware that they are the targets of investigations. Based on my experience and my training, and on information provided to me by other investigators, I have learned that online criminals actively search for criminal affidavits and search warrants over the internet and disseminate them to other criminals as they deem appropriate. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigations and may seriously jeopardize the effectiveness of those investigations and the safety of persons

who have cooperated with law enforcement. Furthermore, SCHWAB is known to have the means to travel, including outside the country, and has been transient, moving frequently from one place to another. Disclosure of the papers related to the criminal complaint and arrest warrant for him may lead him to flee.

Respectfully submitted,

MATTHEW LOUCKS
Digitally signed by MATTHEW LOUCKS
Date: 2025.01.25 13:30:37 -05'00'

MATTHEW DAVID LOUCKS
Special Agent
FBI

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on January __, 2025

S. Dave Vatti
Digitally signed by S. Dave Vatti
Date: 2025.01.25 13:39:50 -05'00'

HON. S. DAVE VATTI
UNITED STATES MAGISTRATE JUDGE