UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    vs.                                                CRIMINAL NO. 3:25-CR-30 (SVN)

JAMES SCHWAB                                    April 18, 2025

## MOTION TO CONTINUE STATUS CONFERENCE

The defendant, James Schwab, through counsel, hereby moves to continue the status conference scheduled for April 23, 2025. In support of this motion, Mr. Schwab states as follows:

1. On January 29, 2025, Mr. Schwab was arrested in the Central District of California on a complaint charging him with *inter alia* conspiracy to commit kidnapping in violation of kidnapping by use of force in violation of 18 U.S.C. § 1201 and 371. A grand jury returned an indictment against Mr. Schwab on February 25, 2025. ECF No. 7.

2. Mr. Schwab appeared for his arraignment on March 12, 2025.

3. A status conference has been scheduled for April 23, 2025. ECF No. 25.

4. Out-of-district counsel is planning to appear on behalf of Mr. Schwab, in addition to undersigned counsel. Pro hac vice motions will be filed early next week.

5. In order to have all involved parties present for the status conference, undersigned counsel requests a continuance until Thursday, May 8 or Friday, May 9 if the Court has availability.

6. Undersigned counsel has consulted with Mr. Schwab about this motion seeking a continuance of the status conference, and will file a Speedy Trial Waiver should the Court deem one necessary.

7. Accordingly, counsel respectfully asks this Court to continue the status conference scheduled for April 23 to May 8 or May 9.

8. Assistant United States Attorney Karen Peck has no objection to this motion.

WHEREFORE, Mr. Schwab respectfully requests that the Court grant the relief requested herein.

                                                            THE DEFENDANT,
                                                            James Schwab

Dated: April 18, 2025                      /s/ Allison M. Near
                                                           Allison M. Near
                                                           Jacobs & Dow, LLC
                                                           350 Orange Street
                                                           New Haven, CT 06511
                                                           Phone: (203) 772-3100
                                                           Bar No.: ct27241
                                                           Email: anear@jacobslaw.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on April 18, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    /s/ Allison M. Near
                                    Allison M. Near