# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                                   CRIMINAL NO. 3:25-CR-30 (SVN)

JAMES SCHWAB

## SPEEDY TRIAL WAIVER

The defendant, James Schwab, hereby gives a limited waiver of the right accorded him by the Speedy Trial Act of 1974, 18 U.S.C. § 3161(c)(1), requiring the commencement of trial within seventy days of the filing of an indictment.  No waiver of rights under any other provision of the Speedy Trial Act is made by the defendant.  In support of this waiver, Mr. Schwab states as follows:

He has consulted with his attorney concerning this waiver;

He understands that by signing this document he will be giving up a right accorded him by the Speedy Trial Act; and

He requests that the Court find that the requested continuance is in the best interest of the defendant, that it outweighs the public interest in a speedy trial, and that the period of delay from the date of his signature through May 31, 2026, should be excluded.

_James Schwab_____        Date: __5-18-25____

James Schwab

_Allison Near_____         Date: __5-20-25____

Allison Near