UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                                                CRIMINAL NO. 3:25-CR-30 (SVN)

JAMES SCHWAB                                          May 30, 2025

**CONSENT MOTION TO EXTEND DEALINE FOR JOINT STATUS REPORT**

The defendant, James Schwab, through counsel, hereby moves this court to extend the deadline for filing the joint status report that the Court ordered the parties to file by close of business today. The Government has no objection to this motion. In support of this motion, Mr. Schwab states as follows:

1. On May 28, 2025, the Court held a hearing on the Government's motion to revoke Magistrate Judge Vatti's order setting bond conditions. At the conclusion of that hearing, the Court indicated a subsequent hearing would be required, and that the parties needed to file a joint statement by the close of business on May 30, 2025, detailing next steps regarding the defendant's proposal to secure cryptocurrency as additional security for the bond. ECF No. 66.

2. Despite defense counsel's best efforts since May 28, additional time is required to determine one, the accessibility of any cryptocurrency funds, and two, if such funds can be accessed, how to propose accounting for those funds in the conditions of release. Accordingly, the defense respectfully asks this Court to set a deadline of June 6, 2025, by which the parties will submit the joint status report.

3. Assistant United States Attorney John Pierpont has no objection to this motion.

WHEREFORE, Mr. Schwab respectfully requests that the Court grant the relief requested herein.

                                              THE DEFENDANT,
                                              James Schwab

Dated: May 30, 2025                    /s/ Allison M. Near
                                              Allison M. Near
                                              Jacobs & Dow, LLC
                                              350 Orange Street
                                              New Haven, CT 06511
                                              Phone: (203) 772-3100
                                              Bar No.: ct27241
                                              Email: anear@jacobslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 30, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Allison M. Near
Allison M. Near