UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                                                  CRIMINAL NO. 3:25-CR-30 (SVN)

JAMES SCHWAB                                                July 9, 2025

## NOTICE RE BOND PAPERWORK

The defendant, James Schwab, through counsel, hereby submits this status report in response to the Court's order of June 25, 2025 (ECF No. 78) directing defense counsel to notify the Court that the necessary paperwork has been completed for Mr. Schwab to be released on bond.

In that order, the Court directed Mr. Schwab's parents to execute the necessary paperwork to secure their properties and deposit $25,000 in cash collateral with the clerk's office. The $25,000 cash was deposited with the clerk's office on June 27, 2025. Based on representations from counsel in Georgia, Mr. and Mrs. Schwab have executed the necessary paperwork to secure their two properties and those deeds have been recorded on the land records in the jurisdictions where those properties are located. The original paperwork has been sent to undersigned counsel by express mail and is expected to be received today.

Counsel has consulted with the Government and understands it is in the process of confirming the paperwork is in order and expects to complete that review by the end of the week. The parties will immediately notify the Court if the Government determines there are any issues or concerns.

WHEREFORE, Mr. Schwab respectfully asks the Court to schedule a hearing at which Mr. Schwab may be released to his parents pursuant to the Court's order of June 25, 2025.

                                                                       THE DEFENDANT,
                                                                       James Schwab

Dated: July 9, 2025                                       /s/ Allison M. Near
                                                                         Allison M. Near
                                                                         Jacobs & Dow, LLC
                                                                         350 Orange Street
                                                                         New Haven, CT 06511
                                                                         Phone: (203) 772-3100
                                                                         Bar No.: ct27241
                                                                         Email: anear@jacobslaw.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on July 9, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                         /s/ Allison M. Near
                                                                         Allison M. Near