UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

              v.                        Crim. No. 3:25-CR-30 (SVN)(SDV)

JAMES SCHWAB                        September 3, 2025

### GOVERNMENT'S SECOND STATUS UPDATE AS TO DEFENDANT'S MOTION TO MODIFY

Pursuant to the Court's Order, Doc. 120, the Government provides this update about the inclusion of S.W. on the "no contact" list.

We have received additional information from American Airlines concerning S.W.'s travel. In summary, we have learned the following:

- On February 11, 2024, tickets were issued in the name of S.W. and Y.P. for a flight from Miami to Montreal. The flights were paid for by American Advantage miles from a loyalty account that had been compromised. Payment information was in the name of the (compromised) account holder. The recipient contact was a gmail account associated with the defendant. The itinerary was canceled and was determined to be invalid due to a violation of the awards program.[1]

- On February 11, 2024, a new reservation was made for a Miami to Montreal flight, with a split itinerary for S.W. and Y.P. Payment information was in the name of another compromised American Advantage account. The recipient contact was an email account that did not appear to be valid. Y.P. flew out as scheduled on this ticket. S.W. did not.

- On February 12, 2024, a ticket was issued for a flight from Miami to Montreal in the name of S.W. The flight was paid for by the same compromised loyalty account as the flight for Y.P. from the day before. The recipient contact was a gmail account associated with the defendant. S.W. took the flight, using this ticket.

- On September 26, 2024, a ticket was issued for S.W. and D.B. for a flight from Miami to Los Angeles. Payment information was associated with the defendant but the recipient contact email was not. The ticket was canceled due to an issue with the credit card.

- On December 4, 2024, tickets were issued in the names of the defendant, D.B., S.W., and A.J. One set of tickets was for a flight from Los Angeles to Miami, and another set for a flight

---

[1] This account holder submitted a complaint to IC3.

1

from Las Vegas to Miami. The payment and recipient information were associated with the defendant. None of the tickets were used and were exchanged for credits on future travel.

The records we received from American Airlines concerning these flights will be provided to defense counsel in the morning.

                                              Respectfully submitted,

                                              DAVID X. SULLIVAN
                                              UNITED STATES ATTORNEY

                                                 /s/
                                              KAREN PECK
                                              ASSISTANT UNITED STATES ATTORNEY
                                              1000 LAFAYETTE BLVD., 10TH FLOOR
                                              BRIDGEPORT, CT 06604
                                              FEDERAL BAR NO. ct14959
                                              Tel.: (203) 696-3000
                                              Karen.peck@usdoj.gov

## CERTIFICATION

I hereby certify that on September 3, 2025 a copy of the foregoing was filed electronically, sent via e-mail to defense counsel, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               /s/
                                              KAREN L. PECK
                                              ASSISTANT UNITED STATES ATTORNEY