

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-24-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:25CR30(SVN) |
| v. | VIOLATIONS: |
| JAMES SCHWAB, a/k/a "Omari," a/k/a "Wow," a/k/a "Videri," a/k/a "Karma"; ADAM IZA, a/k/a "C," a/k/a "Kush," a/k/a "Kusha," a/k/a "Adam Zort," a/k/a "Ahmed Faiq"; and SAIF FAIQ, a/k/a "Young," a/k/a "Yung," a/k/a "Crypto Kid," a/k/a "Mohammad" | 18 U.S.C. §1951(a) (Conspiracy to Commit Hobbs Act Robbery)  18 U.S.C. § 1201(c) (Conspiracy to Commit Kidnapping) |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Interfere with Commerce by Robbery)

1.  Beginning in or around August 2024 and continuing until at least on or about August 24, 2024, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants JAMES SCHWAB, a/k/a "Omari," a/k/a "Wow," a/k/a "Videri," a/k/a "Karma," ADAM IZA, a/k/a "C," a/k/a "Kush," a/k/a "Kusha," a/k/a "Adam Zort," a/k/a "Ahmed Faiq," and SAIF FAIQ, a/k/a "Young," a/k/a "Yung," a/k/a "Crypto Kid," a/k/a "Mohammad," along with others charged elsewhere and others known and unknown to the Grand Jury, did conspire to unlawfully obstruct, delay, and affect commerce, and attempt to unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that SCHWAB, IZA, and FAIQ agreed together and with others known and unknown to the Grand Jury to take the property of another, that is, an amount of Bitcoin, from and in the presence of

V.C., whose identity is known to the Grand Jury, against his will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO
(Conspiracy to Commit Kidnapping)

2. Beginning in or around August 2024 and continuing until at least on or about August 25, 2024, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants JAMES SCHWAB, a/k/a "Omari," a/k/a "Wow," a/k/a "Videri," a/k/a "Karma," ADAM IZA, a/k/a "C," a/k/a "Kush," a/k/a "Kusha," a/k/a "Adam Zort," a/k/a "Ahmed Faiq," and SAIF FAIQ, a/k/a "Young," a/k/a "Yung," a/k/a "Crypto Kid," a/k/a "Mohammad," along with others charged elsewhere and with others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury to violate Title 18, United States Code, Section 1201.

3. It was a part and an object of the conspiracy that defendants SCHWAB, IZA, FAIQ and others known and unknown to the Grand Jury did themselves or did cause others to unlawfully, knowingly, and willfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold the victims, R.C. and S.C., whose identities are known to the Grand Jury, for ransom, reward and otherwise and did so using a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the kidnapping of R.C. and S.C., that is a cellular phone and motor vehicles, in violation of Title 18, United States Code, Section 1201(a)(1).

Overt Acts

4. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed and caused to be committed in the District of Connecticut and elsewhere:

  a. On or about August 20, 2024, FAIQ, a defendant, sent a Snapchat message to an associate, including an address in Danbury, Connecticut and a request for assistance.

  b. On or about August 21, 2024, SCHWAB, a defendant, sent a text message to a co-conspirator, charged separately, about finding available cars in Connecticut.

  c. On or about August 22, 2024, SCHWAB, a defendant, sent a text message to a co-conspirator, charged separately, about using the rental car service Turo.

  d. From on or about August 21, 2024 through on or about August 24, 2024, FAIQ, a defendant, other co-conspirators not charged herein and other co-conspirators charged separately, traveled into Connecticut from places outside Connecticut.

  e. On or before August 21, 2024, SCHWAB, a defendant, rented or caused to be rented through Airbnb, a residence in Roxbury, Connecticut.

  f. On or about August 22, 2024, a co-conspirator, charged separately, rented a white Ram ProMaster van from the rental car service Turo.

  g. On or about August 22, 2024, a co-conspirator, not charged herein, rented a Honda Civic from Mongoose Enterprises, LLC.

  h. On or about August 22, 2024, a co-conspirator, charged separately, rented a Nissan Sentra from Enterprise rental company.

  i. On or about August 23, 2024 through on or about August 25, 2024, FAIQ, a defendant, other co-conspirators not charged herein and other co-conspirators charged separately, conducted surveillance on the victims, R.C. and S.C.

  j. From on or about August 21, 2024 through on or about August 25, 2024, SCHWAB, a defendant, communicated via Facetime, cellular telephone, and encrypted messaging applications with certain co-conspirators, charged separately, about the kidnapping of the victims, R.C. and S.C.

3

k. From on or about August 21, 2024, through on or about August 25, 2024, IZA, a defendant, communicated via cellular telephone and encrypted messaging applications with certain co-conspirators, charged separately, about the kidnapping of the victims, R.C. and S.C.

l. On or about August 24, 2024, certain co-conspirators, charged separately, purchased supplies at the direction of IZA, a defendant.

m. On or about August 25, 2024, a co-conspirator, charged separately, driving a Honda Civic, struck the vehicle occupied by the victims, R.C. and S.C.

n. On or about August 25, 2024, co-conspirators, charged separately, forcibly removed the victims, R.C. and S.C., from their vehicle and placed them into the back of the Ram ProMaster van and drove away.

All in violation of Title 18, United States Code, Section 1201(c).

A TRUE BILL

s/
FOREPERSON

UNITED STATES OF AMERICA

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY

4