UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

JAMES SCHWAB

Case No. 3:25-cr-30 (SVN)(SDV)

July 8, 2026

GOVERNMENT RESPONSE TO DEFENDANT'S FIFTH MOTION TO MODIFY
CONDITIONS OF RELEASE

The defendant has again moved to modify the conditions of his release, seeking termination of home detention, to be replaced by location monitoring and a curfew, and access to a laptop in addition to the cell phone to which he currently has access. The reasons given for this motion were the defendant's employment and school attendance. As the Government understands the defendant's current situation, he has been offered an unspecified position at a barbershop and currently is not attending school.

The Government does not oppose the defendant's leaving his residence for scheduled hours at the specified job and the institution of a curfew that allows him to work those hours. If and when he enrolls in school and has a schedule of classes, which is not the case at this time, he can alert the Court, the Probation Office, and the Government about the schedule and an adjustment to the curfew can be made in accordance with his class schedule. But the Government believes any curfew should be based on the defendant's job schedule.

The Government does oppose the defendant's having access to a laptop without a specified reason for needing it. There is no indication that his job requires a personal laptop and he is not attending class. He has access to a cell phone. Given all the circumstances, the Government is not aware of any compelling reason to provide the defendant with access to additional electronic devices.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

/s/*Karen L. Peck*
KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT14959
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
Tel: (203) 696-3000

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2026, a copy of the foregoing was filed electronically with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/Karen L. Peck
KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY